A97A2529. FLINT ELECTRIC MEMBERSHIP CORPORATION
v. ED SMITH CONSTRUCTION COMPANY, INC.
(512 SE2d 713)

BARNES, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Flint Elec. Membership Corp. v. Ed Smith Constr. Co.*, 270 Ga. 464 (511 SE2d 160) (1999), our decision in *Flint Elec. Membership Corp. v. Ed Smith Constr. Co.*, 229 Ga. App. 838 (495 SE2d 136) (1997), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Ruffin and Eldridge, JJ., concur.*

DECIDED FEBRUARY 24, 1999.

*Chambless, Higdon & Carson, Emmitte H. Griggs, Jon C. Wolfe, Joseph H. Davis, Daniel, Lawson, Tuggle & Jerles, Tom W. Daniel*, for appellant.
*Weissman, Nowack, Curry & Wilco, Leigh M. Wilco, Frances R. Mathis*, for appellee.